IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>**LINDA ANNETTE VAZQUEZ MOJICA,**<br>**RAFAEL RODRIGUEZ RODRIGUEZ**<br><br>Debtors. | CASE NO. **16-05419(BKT)**<br><br>CHAPTER 13 |

**MOTION SUBMITTING AMENDED PLAN DATED AUGUST 31, 2016**
**AND NOTICE OF PERIOD TO OBJECT TO ITS TERMS**

**TO THE HONORABLE COURT:**

**NOW COME**, Debtors, Linda Annette Vazquez Mojica and Rafael Rodriguez Rodriguez, represented by the undersigned attorney, and very respectfully state and pray:

1. On August 18, 2016, Debtors filed Amended Plan dated August 17, 2016, in order to provide lift of stay, strictly "in rem", in favor of Popular, as to the motor vehicle owned by Debtors' son, and provide an increased plan base through increased stepped-up payments from month twenty-five onwards.

2. Debtors respectfully submit, as an attachment, Amended Plan dated August 31, 2016, in order to increase the amount to be paid in full to Oriental Bank on account of the vehicle purchase loan to Oriental's claimed amount, thus mooting, the objection to confirmation at Docket No. 19.

**WHEREFORE,** Debtors very respectfully request this Honorable Court to take notice of the aforementioned Amended Plan dated August

31, 2016, and to confirm the same, absent any properly grounded, timely objection.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within **fourteen (14) days** after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to **Angel Vázquez-Bauzá, Esq.,** Counsel for **Oriental Bank**, the U.S. Trustee, Chapter 13 Trustee **Alejandro Oliveras Rivera** and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In San Juan, Puerto Rico, this 31st day of August, 2016.

**/s/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801
**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-7
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733
calsina@prquiebra.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                                                Case No. **16-05419**

**VAZQUEZ MOJICA, LINDA ANNETTE & RODRIGUEZ RODRIGUEZ, RAFAEL**      Chapter **13**
                                                                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **8/31/2016**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,150.00** x **24** = $ **27,600.00**
$ **1,225.00** x **24** = $ **29,400.00**
$ **1,280.00** x **12** = $ **15,360.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **72,360.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **72,360.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ LINDA ANNETTE VAZQUEZ MOJICA**
         Debtor

         **/s/ RAFAEL RODRIGUEZ RODRIGUEZ**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**    Cr. _____    Cr. _____
# **8120702325523**    # _____    # _____
$ **5,619.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **M & T BANK**    Cr. **ORIENTAL BANK**    Cr. _____
# **10000141291870001**   # **961946312400001**   # _____
$ **30,790.00**    $ **21,896.77**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Carlos Alsina Batista Law Offices, P.S.C.**      Phone: **(787) 781-1882**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE **VAZQUEZ MOJICA, LINDA ANNETTE & RODRIGUEZ RODRIGUEZ, RAFAEL**   Case No. **16-05419**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**ATTORNEY'S FEES TO BE PAID FIRST;**

**PRE-CONFIRMATION, ADEQUATE PROTECTION PAYMENTS OF $175.00 WILL BE PAID TO M&T BANK FOR THEIR CLAIM OVER THE 2013 DODGE RAM MOTOR VEHICLE; PRE-CONFIRMATION, ADEQUATE PROTECTION PAYMENTS OF $200.00 WILL BE PAID TO ORIENTAL BANK FOR THEIR CLAIM OVER THE 2012 TOYOTA 4RUNNER MOTOR VEHICLE. ADEQUATE PROTECTION INSURANCE IN FAVOR OF M&T BANK AND ORIENTAL BANK TO BE PROVIDED BY EASTERN INSURANCE COMPANY AND TO BE PAID THROUGH THE PLAN; INSURANCE QUOTE TO BE SUBMITTED TO THE TRUSTEE FOR SUFFICIENCY DETERMINATION;**

**VEHICLE LOANS PAID TO M&T BANK AND ORIENTAL BANK WILL BE PAID AHEAD OF MORTGAGE-SECURED ARREARS TO BANCO POPULAR DE PR;**

**DEBTOR VAZQUEZ IS NOT THE OWNER OF THE COLLATERAL MENTIONED IN PROOF OF CLAIM NO. 2; HOWEVER, POPULAR FILED THE CLAIM AS SECURED INASMUCH AS DEBTOR IS A JOINT AND LIABLE COSIGNER; DEBTOR AGREES TO LIFT OF STAY IN REM, SO THAT BANCO POPULAR MAY TAKE POSSESSION OF THE COLLATERAL VEHICLE PERTAINING CLAIM NO. 2 IF VEHICLE OWNER, JOSE RODRIGUEZ VAZQUEZ, DEFAULTS AS TO SAID VEHICLE PURCHASE LOAN;**

**STEPPED-UP PAYMENTS AFTER MONTHS 25 AND 49 WILL BE POSSIBLE DUE TO EXPECTED WORK PAY INCREASES;**

**ALL FUTURE TAX REFUNDS, WILL FUND THE PLAN, ABSENT A COURT ORDER ALLOWING DEBTOR TO USE ANY TAX REFUNDS PORTION FOR REASONABLY NECESSARY EXPENSES; ANY TAX REFUND PORTION PAID INTO THE PLAN WILL AUTOMATICALLY AMEND THE PLAN BASE, WITHOUT NEED FOR FURTHER ORDER.**

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**AMENDED CHAPTER 13 PAYMENT PLAN**

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO                US Bankruptcy Court District of P.R.
0104-3                                   MORTGAGE COUNSELING AND BANKRUPTCY (762)    Jose V Toledo Fed Bldg & US Courthouse
Case 16-05419-BKT13                      PO BOX 362708                               300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00936-2708                     San Juan, PR 00901-1964
Old San Juan
Thu Aug 18 12:17:14 AST 2016

BANCO POPULAR DE PUERTO RICO             CBNA SEARS                                  EASTERN AMERICA INSURANCE
PO BOX 362708                            CENTRALIZED BANKRUPTCY                      PO BOX 9023862
SAN JUAN, PR 00936-2708                  PO BOX 790040                               SAN JUAN, PR 00902-3862
                                         SAINT LOUIS, MO 63179-0040

FIRST BANK                               (p)M&T BANK                                 M&T BANK
PO BOX 9146                              LEGAL DOCUMENT PROCESSING                   PO BOX 1508
SAN JUAN, PR 00908-0146                  1100 WHERLE DRIVE                           BUFFALO, NY 14240
                                         WILLIAMSVILLE NY 14221-7748

(p)CREDITORS BANKRUPTCY SERVICE          MONEY EXPRESS                               Militarystar
PO BOX 800849                            CONSUMER SERVICE CENTER                     3911 S Walton Walker Blvd
DALLAS TX 75380-0849                     BANKRUPTCY DIVISION (CODE 248)              Dallas, TX 75236-1509
                                         PO BOX 9146
                                         SAN JUAN PR 00908-0146

Mtbankes                                 ORIENTAL BANK                               POPULAR AUTO
PO Box 7678                              PO BOX 195115                               BANKRUPTCY DEPARTMENT
Buffalo, NY 14240                        SAN JUAN, PR 00919-5115                     PO BOX 366818
                                                                                     SAN JUAN PUERTO RICO 00936-6818

Sears/Cbna                               Synchrony Bank                              TDRC ADVANCE AUTO PARTS
PO Box 6282                              c/o of Recovery Management Systems Corp     1000 MACARTHUR BLVD
Sioux Falls, SD 57117-6282               25 S.E. 2nd Avenue, Suite 1120              MAHWAH, NJ 07430-2035
                                         Miami, FL 33131-1605

WELLS FARGO                              ALEJANDRO OLIVERAS RIVERA                   CARLOS C ALSINA BATISTA
C/O BANCO POPULAR DE PUERTO RICO         ALEJANDRO OLIVERAS CHAPTER 13 TRUS          CARLOS ALSINA BATISTA LAW OFFICES PSC
MORTGAGE COUNSELING AND BANKRUPTCY (762) PO BOX 9024062                              638 ALDEBARAN ST
PO BOX 362708                            SAN JUAN, PR 00902-4062                     BANCO DE DESARROLLO ECONOMICO BLDNG
SAN JUAN PR 00936-2708                                                               SECOND FLOOR SUITE HQ 7
                                                                                     SAN JUAN, PR 00920

LINDA ANNETTE VAZQUEZ MOJICA             MONSITA LECAROZ ARRIBAS                     RAFAEL RODRIGUEZ RODRIGUEZ
PO BOX 996                               OFFICE OF THE US TRUSTEE (UST)              PO BOX 996
TOA ALTA, PR 00954-0996                  OCHOA BUILDING                              TOA ALTA, PR 00954-0996
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M & T BANK                               MILITARY STAR/AAFES                         End of Label Matrix
ATTN BANKRUPTCY                          PO BOX 650060                               Mailable recipients    23
1100 WEHRLE DR. FLOOR 2                  DALLAS, TX 75265-0060                       Bypassed recipients     0
WILLIAMSVILLE, NY 14221-7748                                                         Total                  23
```